On appeal from order of the Appellate Division dismissing appeal from the Special Term order adjudging appellant in contempt and committing him for such contempt: Order affirmed, without costs, for the reasons stated in the memorandum of the Appellate Division in the case of
 
 James
 
 v.
 
 Powell,
 
 decided on March 14, 1967 (27 A D 2d 814).
 

 On appeal from order of the Appellate Division dismissing appeal from the Special Term order denying appellant’s motion for an order to vacate an ex parte order of commitment for criminal contempt: Appeal dismissed. In view of our disposition in the companion case, also decided today, the appeal is academic.
 

 Concur: Chief Judge Fuld and Judges Yah Yoorhis, Burke, Scileppi, Bergan, Keating and Breitel.